KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK OWENS (CASBN 230237)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7031
Fax: (415) 436-7234

Attorneys for Plaintiff

FILED
NOV X 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMY A. HAMPTON,<br><br>Defendant. | Case No. CR 06-0676<br><br>[PROPOSED] ORDER FOR SUMMONS |

Having reviewed the Motion for Summons and Declaration of Michael Perry, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Amy A. Hampton, 17584 Orchard Ave., Guerneville, CA 95446, appear on Tuesday, November 28, 2006 at 9:30 am before Magistrate Judge Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: November 3, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge